IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:13-CR-16 |
| | : |
| v. | : (Chief Judge Conner) |
| | : |
| **BRYAN KELLER HORTON, JR.,** | : |
| | : |
| Defendant | : |

# ORDER

AND NOW, this 20th day of September, 2017, upon consideration of the correspondence (Doc. 51) filed *pro se* by defendant Bryan Keller Horton, Jr. ("Horton"), requesting that the court suspend or modify the payment schedule attending the fine imposed by the court on January 15, 2014, (Doc. 40), and the court noting that Goenaga fails to cite legal authority in support of his request for relief, (Doc. 51), but observing that courts are limited in their ability to reduce, convert, or modify a sentence of fine once imposed, and are authorized statutorily to do so only in narrow circumstances, see, e.g., 18 U.S.C. §§ 3573, 3742(f)-(g), and further that courts may modify a payment schedule only upon notice by the defendant of a "material change in the defendant's economic circumstances that might affect the defendant's ability to pay the fine," 18 U.S.C. § 3572(d)(3), and that, other than broadly requesting that the court defer his payment obligation until his release from imprisonment, (see Doc. 51), Horton identifies neither circumstances nor authority supporting the requested payment schedule modification, it is hereby ORDERED that Horton's request (Doc. 51) is DENIED.

                                                         /S/ Christopher C. Conner
                                                        Christopher C. Conner, Chief Judge
                                                        United States District Court
                                                        Middle District of Pennsylvania