# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:13-CR-16 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **BRYAN KELLER HORTON, JR. (1),** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 4th day of August, 2020, upon consideration of the motion (Doc. 53) by defendant Bryan Keller Horton, Jr., for compassionate release and reduction of sentence under 18 U.S.C. § 3582(c)(1)(A)(i), and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that Horton's motion (Doc. 53) is DENIED without prejudice.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania